The People of the State of New York, Appellant, *v.* Francis J. Dudenhausen, Respondent.

*People* v. *Dudenhausen*, 130 App. Div. 760, affirmed.

(Argued April 5, 1909; decided April 27, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1909, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of practicing medicine under a false or assumed name and granted a new trial.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for appellant.

*Thomas S. Morgan, Jr.,* for respondent.

Order affirmed; no opinion.

Concur: Cullen, Ch. J., Edward T. Bartlett, Werner, Willard Bartlett and Hiscock, JJ. Dissenting: Gray and Chase, JJ.

---

H. Remington & Son Pulp and Paper Company, Respondent, *v.* Edward W. Remington, Appellant.

*Remington & Son Pulp & Paper Co.* v. *Remington*, 122 App. Div. 897, affirmed.

(Argued April 5, 1909; decided April 27, 1909.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 30, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel the specific performance of an alleged contract to convey real property.

*John Conboy* and *Samuel Child* for appellant.

*Henry H. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Werner, Willard Bartlett, Hiscock and Chase, JJ.